BOYD *v.* VITTUM, chief of police.

HUTCHESON, Justice. This case is controlled by the decision rendered in the case of *Kirkpatrick* v. *Vittum,* ante, 183.

*Judgment affirmed. All the Justices concur.*